# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
### U.S. Probation / Pretrial Services

**J. Scott Thibodeaux**
Chief U.S. Probation Officer

319 Federal Building and U. S. Courthouse
35 East Mountain Street
Fayetteville, Arkansas 72701
479-442-9892
Fax -479-442-5276

December 27, 2012

Honorable Jimm Larry Hendren
U.S. District Judge
U.S. Courthouse and Federal Building
35 East Mountain
Fayetteville, Arkansas 72701

> **RE: TORALES-SANCHEZ, Marcos**
> **Dkt. No.: 5:08CR50020-001**
> **REQUEST FOR TRANSFER OF JURISDICTION**

Dear Judge Hendren:

On November 20, 2008, the offender was sentenced by Your Honor to 54 months imprisonment, 4 years supervised release, $100 special assessment fee, $25,000 fine, and denial of federal benefits for 5 years. It was anticipated at the time of sentencing the offender would be deported.

Records indicate the offender was released from the Bureau of Prisons on January 6, 2012, at which time the offender's term of supervised release commenced. However, he was released to a detainer for Immigration and Customs Enforcement and was subsequently deported from the United States on January 7, 2012.

On October 5, 2012, the offender was arrested by the United States Border Patrol for Illegal Reentry into the United States in the Southern District of Texas (SD/TX). A subsequent indictment was filed on October 24, 2012, in the U.S. District Court for the SD/TX, Corpus Christi division. Due to the new criminal conduct the offender is in violation of the terms of his supervised release. The U.S. Probation Office in the SD/TX is willing to accept jurisdiction of this case so the offender's violations may be heard by the U.S. District Court for the SD/TX in conjunction with the new offense.

If Your Honor is in agreement with transferring jurisdiction to the Southern District of Texas, please find attached the Transfer of Jurisdiction form. If further information is needed or required, please advise.

Respectfully,

Abby M. McKinney
U.S. Probation Officer

Reviewed by:

Donna R. Brown
Supervising U.S. Probation Officer

✓ Transfer Jurisdiction

Other _____

Honorable Jimm Larry Hendren          Date   1/3/13
U.S. District Judge